**FILED**

05/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0149



## IN THE SUPREME COURT OF THE STATE OF MONTANA
## SUPREME COURT CAUSE NO. DA 23-0149

FIRST INTERNET BANK OF )
INDIANA. )
 )
Plaintiff/Counter-Defendant/ )
Appellee, )
 )
vs. )
 )   **ORDER GRANTING UNOPPOSED**
 )        **MOTION TO STAY**
PONTUS SK PORTFOLIO, LLC, )
and MICHAEL K. PRESS, )
 )
Defendants/Counter-Plaintiffs/ )
Appellants. )
 )
vs. )
 )
CHARLES D. KING )
 )
Intervenor/Appellee. )

Upon motion of the Appellants through counsel, Appellee Charles D. King having no objection thereto, and good cause appearing,

**IT IS HEREBY ORDERED** that this appeal is stayed pending finalization of the settlement agreement entered into during appellant mediation.

If the matter is not dismissed in 30 days, the appellant shall file a status report explaining the delay.

///

**ELECTRONICALLY SIGNED AND DATED BELOW.**

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
May 18 2023